UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BURGER KING INT.,<br><br>　　　　Defendant. | Case No. 18-cv-05115-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On September 10, 2018, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a handwritten notation that Plaintiff was "NIC [not in custody]." Dkt. 3. It was thus undeliverable and also given the following notation: "RETURN TO SENDER. ATTEMPTED - NOT KNOWN. UNABLE TO FORWARD." *Id.* To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: November 26, 2018

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　United States District Court Judge